B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nirvana Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1986503** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Nirvana Plaza**<br>**Forestport, NY**<br>ZIP Code **13338** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oneida** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nirvana Transport, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(04/13)** Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nirvana Transport, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Stephen A. Donato (NDNY**
Signature of Attorney for Debtor(s)

**Stephen A. Donato (NDNY 101522)**
Printed Name of Attorney for Debtor(s)

**Bond, Schoeneck & King, PLLC**
Firm Name

**One Lincoln Center**
**Syracuse, NY 13202**

_____
Address

**Email: sdonato@bsk.com**
**(315) 218-8000  Fax: (315) 218-8100**
Telephone Number

**June  3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mozafar Rafizadeh**
Signature of Authorized Individual

**Mozafar Rafizadeh**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**June  3, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Nirvana Transport, Inc.**, Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Millers Wood Development Corp.** <br> **Northern District of New York** | **Affiliate** | **06/03/15** <br> **Davis** |
| **Nirvana Warehousing, Inc.** <br> **Northern District of New York** | **Affiliate** | **06/03/15** <br> **Davis** |
| **Nirvana, Inc.** <br> **Northern District of New York** | **Affiliate** | **06/03/15** <br> **Davis** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re   Nirvana Transport, Inc.                                              Case No.          
Debtor(s)                                              Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| A. Duie Pyle<br>4040 Van Buren Road<br>Baldwinsville, NY 13027 | A. Duie Pyle<br>4040 Van Buren Road<br>Baldwinsville, NY 13027 | Trade debt | | 103,020.05 |
| Andreucci Trucking, Inc.<br>77 Sackett Point Road<br>North Haven, CT 06473 | Andreucci Trucking, Inc.<br>77 Sackett Point Road<br>North Haven, CT 06473 | Trade debt | | 43,968.28 |
| Buanno Trans Co., Inc.<br>218 Riverside Drive<br>Fultonville, NY 12072 | Buanno Trans Co., Inc.<br>218 Riverside Drive<br>Fultonville, NY 12072 | Trade debt | | 49,140.00 |
| Choptank Transport<br>P.O. Box 99<br>3601 Choptank Road<br>Preston, MD 21655 | Choptank Transport<br>P.O. Box 99<br>3601 Choptank Road<br>Preston, MD 21655 | Trade debt | | 61,861.76 |
| East Coast Transport, LLC<br>P.O. Box 168<br>155 Borelli Boulevard<br>Paulsboro, NJ 08066 | East Coast Transport, LLC<br>P.O. Box 168<br>155 Borelli Boulevard<br>Paulsboro, NJ 08066 | Trade debt | | 64,327.00 |
| JM Rapp<br>641 Primrose Lane<br>Allentown, PA 18104 | JM Rapp<br>641 Primrose Lane<br>Allentown, PA 18104 | Trade debt | | 81,675.00 |
| Logistics Dynamics, Inc.<br>1140 Wehrle Drive<br>Amherst, NY 14221 | Logistics Dynamics, Inc.<br>1140 Wehrle Drive<br>Amherst, NY 14221 | | | 76,380.00 |
| Logistics One Brokerage<br>33 Cady Hill Boulevard<br>Saratoga Springs, NY 12866 | Logistics One Brokerage<br>33 Cady Hill Boulevard<br>Saratoga Springs, NY 12866 | | Disputed | 28,895.00 |
| Logistics One Transport, Inc.<br>33 Cady Hill Boulevard<br>Saratoga Springs, NY 12866 | Logistics One Transport, Inc.<br>33 Cady Hill Boulevard<br>Saratoga Springs, NY 12866 | | Disputed | 23,800.00 |
| Matuszko Trucking Inc.<br>82 Industrial Drive<br>Unit #1<br>Northampton, MA 01060 | Matuszko Trucking Inc.<br>82 Industrial Drive<br>Unit #1<br>Northampton, MA 01060 | Trade debt | | 87,518.60 |
| Pinnacle Freight Lines<br>1125 Patterson Plank Road<br>Secaucus, NJ 07094 | Pinnacle Freight Lines<br>1125 Patterson Plank Road<br>Secaucus, NJ 07094 | Trade debt | | 25,614.51 |

B4 (Official Form 4) (12/07) - Cont.

In re  Nirvana Transport, Inc.  
                  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Prime Logistic Solutions<br>8898 Transit Road<br>Tonawanda, NY 14150 | Prime Logistic Solutions<br>8898 Transit Road<br>Tonawanda, NY 14150 | Trade debt | | 33,850.00 |
| Riviera Finance<br>One International Plaza<br>Suite 550<br>Philadelphia, PA 19113 | Riviera Finance<br>One International Plaza<br>Suite 550<br>Philadelphia, PA 19113 | Trade debt | | 16,070.00 |
| Ryder Transportation Services (5999)<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Ryder Transportation Services (5999)<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | | | 60,735.03 |
| S&L Diversified<br>227 West Avenue<br>Albion, NY 14411 | S&L Diversified<br>227 West Avenue<br>Albion, NY 14411 | | | 24,110.00 |
| Shamrock Trucking, LLC<br>1996B Stoute Drive<br>Warminster, PA 18974 | Shamrock Trucking, LLC<br>1996B Stoute Drive<br>Warminster, PA 18974 | Trade debt | | 31,960.00 |
| Syro Logistics, Inc.<br>350 Cayuga Road<br>Buffalo, NY 14225 | Syro Logistics, Inc.<br>350 Cayuga Road<br>Buffalo, NY 14225 | Trade debt | | 154,226.00 |
| Transportation One<br>747 N. LaSalle Boulevard, Suite 500A<br>Chicago, IL 60654 | Transportation One<br>747 N. LaSalle Boulevard, Suite 500A<br>Chicago, IL 60654 | Trade debt | | 28,913.00 |
| Western Express, Inc.<br>7135 Centennial Place<br>Nashville, TN 37209 | Western Express, Inc.<br>7135 Centennial Place<br>Nashville, TN 37209 | Trade debt | | 173,755.63 |
| XPO Logistics-Brokerage<br>27724 Network Place<br>Chicago, IL 60673-1277 | XPO Logistics-Brokerage<br>27724 Network Place<br>Chicago, IL 60673-1277 | Trade debt | | 113,795.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 3, 2015

Signature  /s/ Mozafar Rafizadeh  
Mozafar Rafizadeh  
President and CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1st Security Financial
Processing Center
3929 Noe Bixby Road
Columbus, OH 43232


A. Duie Pyle
4040 Van Buren Road
Baldwinsville, NY 13027


Acadia Insurance Company
One Acadia Commons
Westbrook, ME 04098


ALK Technologies, Inc.
1000 Herrontown Road
Princeton, NJ 08540


Andreucci Trucking, Inc.
77 Sackett Point Road
North Haven, CT 06473


Bennett Distributors
P.O. Box 206
Marcy, NY 13403


Buanno Trans Co., Inc.
218 Riverside Drive
Fultonville, NY 12072


Choptank Transport
P.O. Box 99
3601 Choptank Road
Preston, MD 21655


Command Transportation, LLC
2633 Paysphere Circle
Chicago, IL 60674


Daim, Inc.
128 Park Drive
Fultonville, NY 12072

```
East Coast Transport, LLC
P.O. Box 168
155 Borelli Boulevard
Paulsboro, NJ 08066


Emerson Express
545 Lyell Avenue
Rochester, NY 14606


Empire Logistics
P.O. Box 539
36 Wurz Avenue
Utica, NY 13503


Frontier (906-4)
63 Stone Street
2nd Floor
Rochester, NY 14604


GPM
7914 NY-5
Clinton, NY 13323


Hummel's OP (4664)
114 W. Albany Street
Herkimer, NY 13350


Internal Revenue Service (6503)
P.O. Box 7346
Philadelphia, PA 19101-7346


J.T. Reesor, President
Baxter Bailey & Associates
1630 Goodman Road East, Suite 3
Southaven, MS 38671


Jeffrey A. Dove, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204


JM Rapp
641 Primrose Lane
Allentown, PA 18104
```

Justin S. White, Esq.
5662 Main Street
Buffalo, NY 14221


Logistics Dynamics, Inc.
1140 Wehrle Drive
Amherst, NY 14221


Logistics One Brokerage
33 Cady Hill Boulevard
Saratoga Springs, NY 12866


Logistics One Transport, Inc.
33 Cady Hill Boulevard
Saratoga Springs, NY 12866


Mansur Rafizadeh
One Nirvana Plaza
Forestport, NY 13338


Mark A. Slama, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019


Matuszko Trucking Inc.
82 Industrial Drive
Unit #1
Northampton, MA 01060


Medway Trucking, LLC
P.O. Box 569
2020 Delsea Drive
Sewell, NJ 08080


Millers Wood Development Corp.
One Nirvana Plaza
Forestport, NY 13338


Mozafar Rafizadeh
152 Gibson Hill Road
Chester, NY 10918

```
Nancy Caple, District Counsel
U.S. Small Business Administration
224 Harrison Street, Suite 506
Syracuse, NY 13202


NBT Bank
120 Madison Street
Syracuse, NY 13202


Nirvana Warehousing, Inc.
One Nirvana Plaza
Forestport, NY 13338


Nirvana, Inc.
One Nirvana Plaza
Forestport, NY 13338


Northeast Bank
500 Canal Street
Lewiston, ME 04240


NY Business Development Corporation
50 Beaver Street
P.O. Box 738


NYS Dept. of Taxation & Finance (6503)
Attn: Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Patrick K. Greene, Esq.
Driver Greene, LLP
228 Church Street
Saratoga Springs, NY 12866


Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, NY 12207


Pinnacle Freight Lines
1125 Patterson Plank Road
Secaucus, NJ 07094
```

```
Prime Logistic Solutions
8898 Transit Road
Tonawanda, NY 14150


Riviera Finance
One International Plaza
Suite 550
Philadelphia, PA 19113


Roehl Transport, Inc. (1316)
22733 Network Place
Chicago, IL 60673-1227


Ryder Transportation Services
6000 Windward Parkway
Alpharetta, GA 30005


Ryder Transportation Services (5999)
6000 Windward Parkway
Alpharetta, GA 30005


S&L Diversified
227 West Avenue
Albion, NY 14411


Shamrock Trucking, LLC
1996B Stoute Drive
Warminster, PA 18974


Shermer, Inc.
1130 Mason Road
Waterville, NY 13480


State of New Jersey
Division of Taxation
P.O. Box 193
Trenton, NJ 08646-0193


Statewide Zone Capital Corporation of NY
50 Beaver Street
P.O. Box 738
Albany, NY 12201-0738
```

Syro Logistics, Inc.
350 Cayuga Road
Buffalo, NY 14225


TCF Equipmennt Finance
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305


Translogik
P.O. Box 2011
Rigaud J0P 1PO
CANADA


Transportation One
747 N. LaSalle Boulevard, Suite 500A
Chicago, IL 60654


Trinity Logistics, Inc.
50 Fallon Avenue
Seaford, DE 19973


U.S. Small Business Administration
c/o Empire State Cert. Development Corp.
50 Beaver Street, P.O. Box 738
Albany, NY 12201-0738


United Transportation, Inc.
1000 R Elm Street
Rocky Hill, CT 06067


USA Truck Inc.
3200 Industrial Park Road
Van Buren, AR 72956


Vericore (4094)
Attn:  Chad Green, Senior Recovery Spec.
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078


W. David Schermerhorn, Program Director
U.S. Department of Agriculture
441 South Salina Street, Suite 357
Syracuse, NY 13202-2425

```
Western Express, Inc.
7135 Centennial Place
Nashville, TN 37209


XPO Logistics-Brokerage
27724 Network Place
Chicago, IL 60673-1277
```